**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6828**

_____

PERNELL DAVIS PITTMAN,

                Plaintiff - Appellant,

      v.

MICHAEL L. WADE, Sheriff, Henrico County Jail Department;
JOHN DOE(S); JANE DOE(S),

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   John A. Gibney, Jr.,
District Judge.  (3:14-cv-00016-JAG)

_____

Submitted:  July 24, 2014        Decided:  July 29, 2014

_____

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Pernell Davis Pittman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pernell Davis Pittman appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pittman v. Wade, No. 3:14-cv-00016-JAG (E.D. Va. May 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED